# United States Court of Appeals
# for the Federal Circuit

---

April 26, 2018

## ERRATUM

---

Appeal Nos. 2016-2302, 2016-2615

**GILEAD SCIENCES, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**MERCK & CO., INC., MERCK SHARP & DOHME
CORP., ISIS PHARMACEUTICALS, INC.,**
*Defendants-Appellants*

Decided: April 25, 2018
Precedential Opinion

---

Please make the following change:

On page 2, line 21, "Solvadi®" is changed to
"Sovaldi®"